UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERIE KEENAN,<br><br>                Plaintiff,<br><br>    v.<br><br>IQ DATA INTERNATIONAL INC.,<br><br>                Defendant. | CASE NO. 2:21-cv-00865-RSM-JRC<br><br>ORDER TO FILE JOINT STATUS REPORT |

      This matter is before the Court on referral from the District Court and on the undersigned's scheduling order directing the joint status report to be filed on or before December 28, 2021.  Dkt. 9.

      The parties have not filed the joint status report.  Nor, to the Court's knowledge, have they informed the Court of the need for an extension.

///

ORDER TO FILE JOINT STATUS REPORT - 1

1    Therefore, the parties are ordered to confer and file the joint status report required by the
2    Court's scheduling order (Dkt. 9) on or before **January 14, 2022.**  Failure to do so may result in
3    such sanctions as are appropriate for failure to comply with a Court order.
4    Dated this 30th day of December, 2021.

J. Richard Creatura
Chief United States Magistrate Judge