UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERIE KEENAN,<br><br>            Plaintiff,<br><br>     v.<br><br>IQ DATA INTERNATIONAL INC.,<br><br>            Defendant. | CASE NO. 2:21-cv-00865-RSM-JRC<br><br>ORDER TO FILE A JOINT STATUS REPORT |

This matter is before the Court *sua sponte*, as the deadline for filing dispositive motions has passed without any filings from the parties. The matter is currently set for trial, to begin August 15, 2022. The parties are directed to confer and file a brief status report on or before June 3, 2022, addressing the status of this case. The parties are further reminded of their obligation to promptly advise the court if the case settles or if it will not be ready for trial at the time set. *See* Local Civil Rule 11(b).

Dated this 20th day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER TO FILE A JOINT STATUS REPORT - 1