**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **SHERIE KEENAN**, <br><br> Plaintiff, <br><br> vs. <br><br> **I.Q. DATA INTERNATIONAL, INC.,** <br><br> Defendant. | Case No.: 2:21-cv-00865-RSM-JRC <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved, but the parties request that all trial-related deadlines and dates be stricken.

Dated this 3rd of June, 2022

By:__s/Joshua Trigsted_____
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

NOTICE OF SETTLEMENT
Case No. 2:21-cv-00865-RSM-JRC

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126 ext. 1

1