UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERIE KEENAN,<br><br>       Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL INC.,<br><br>       Defendant. | CASE NO. 2:21-cv-00865-RSM-JRC<br><br>ORDER STRIKING SCHEDULING ORDER AND TRIAL DEADLINES |

This matter is before the Court on referral from the District Court. Dkt. 7.

Plaintiff has informed the Court that the matter will settle and requests that all pending deadlines be stricken and that the parties be given 60 days to finalize settlement. Dkt. 15. The Court finds good cause and grants the request. All pending deadlines and dates in this matter are stricken, except that if a notice of dismissal has not been filed on or before August 2, 2022, the parties shall file another joint status report apprising the Court of the status of the matter.

Dated this 9th day of June, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER STRIKING SCHEDULING ORDER AND
TRIAL DEADLINES - 1