1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  SHERIE KEENAN,

11              Plaintiff,

CASE NO. 2:21-cv-00865-RSM-JRC

ORDER TO SHOW CAUSE

12       v.

13  I.Q. DATA INTERNATIONAL, INC.,

14              Defendant.

15

16    This matter is before the Court on referral from the district court and on the parties'
17  failure to file a joint status report. *See* Dkt. 16. On June 6, 2022, plaintiff informed the Court that
18  the parties had reached a settlement and requested 60 days to complete the settlement and
19  dismiss the matter. *See* Dkt. 15. The Court struck all pending deadlines and provided the parties
20  sixty days to finalize settlement and dismiss the matter. *See* Dkt. 16. The Court ordered the
21  parties to file a joint status report if a notice of dismissal was not filed on or before August 2,
22  2022. *See id.*
23
24

ORDER TO SHOW CAUSE - 1

1 | As of the date of this order, no dismissal or joint status report has been filed.
2 | Accordingly, the Court orders the parties to show cause why they have not filed a dismissal or
3 | joint status report. They must file a response to this order by September 2, 2022. The parties are
4 | reminded that failure to comply with a Court order may result in appropriate sanctions.
5 | Dated this 26th day of August, 2022.

J. Richard Creatura
Chief United States Magistrate Judge