# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **SHERIE KEENAN,** | Case No.: 2:21-cv-00865-RSM-JRC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **I.Q. DATA INTERNATIONAL, INC.,** | |
| Defendant. | |

Upon stipulation of the parties, this matter is hereby dismissed with prejudice, with each side to bear their own costs and attorney fees.

Dated this <u>13th</u> day of <u>   September   </u>, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
Case No. 2:21-cv-00865-RSM-JRC

1